825 A.2d 1142

IN THE MATTER OF EDWARD THOMAS BASAMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 025001990).

July 2, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–464, concluding that **EDWARD THOMAS BASAMAN** of **WEST NEW YORK**, who was admitted to the bar of this State in 1991, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.4(b) (failure to explain a matter to permit client to make informed decision), *RPC* 1.16(d) (failure to protect client's interests upon termination of representation), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation); and good cause appearing;

It is ORDERED that **EDWARD THOMAS BASAMAN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 1, 2003; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent ·reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.